

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Shannell Drains,

    Plaintiff,

v.

Marion Industries, Inc.,

    Defendant.

Case No. 2:14–cv–1766

Judge Michael H. Watson

### ORDER

On October 7, 2014, Magistrate Judge Abel issued a Report and Recommendation ("R&R") recommending that this case be transferred to the Northern District of Ohio. R&R 2, ECF No. 2. The R&R stated that failure to object within fourteen days would result in a waiver of the right to *de novo* review by the District Judge as well as waiver of the right to appeal the judgment of the District Court. The deadline for objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R and **TRANSFERS** this case to the Northern District of Ohio.

    IT IS SO ORDERED.

                                      MICHAEL H. WATSON, JUDGE
                                      UNITED STATES DISTRICT COURT